# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

Allah

| | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:16-cv-05128-SAB |
| Barbara Christensen, Scott Weber, Michael J. Killian, Barbara Miner, Kevin Stock, Sonya Kraski, Tim Fitzgerald, Kathy Martin, Janelle Riddle, Linda Enlow, Ginger Brooks, Cheryl Brown and Dave Peterson | ) ) ) |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Affidavit of Prejudice/Motion to Recuse, ECF No. 7, DENIED.
Plaintiff's request to certify a plaintiff class is DENIED.
Plaintiff's Complaint is DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Stanley A. Bastian   on

Affidavit of Prejudice/Motion to Recuse, ECF No. 7, DENIED. Dismissing Complaint as Frivolous.

Date:   12/13/16

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler